UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LEE MOURNING, CDCR# BK-7383,<br><br>                              Plaintiff,<br><br>             vs.<br><br>OFFICE OF THE ATTORNEY GENERAL; ERIC A. SWENSON; ALLEN BROWN,<br><br>                              Defendants. | Case No.  3:20-cv-00804-AJB-JLB<br><br>**ORDER:**<br><br>**(1) DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR SEEKING MONETARY DAMAGES AGAINST IMMUNE DEFENDANTS PURSUANT TO § 1915A(b); AND**<br><br>**(2)  DISMISSING FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

**I.     Procedural Background**

Plaintiff Jefferey Lee Mourning, currently incarcerated at Ironwood State Prison in Blythe, California, is proceeding *pro se* in this civil action filed on April 27, 2020, pursuant to 42 U.S.C. § 1983. *See* ECF No. 1 ("Compl."). Plaintiff did not file a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) and instead remitted the $400

1

filing fee required by 28 U.S.C. § 1914(a) to commence a civil action. *See* ECF No. 1, Receipt No. CAS120979.

On May 14, 2020, the Court dismissed his Complaint for failing to state any claim upon which relief could be granted and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. § 1915A(b). (*See* ECF No. 2.) Plaintiff was advised of his pleading deficiencies and was granted until June 15, 2020 to file an amended pleading. (*Id.*)

As stated above, Plaintiff's Amended Complaint was due on or before June 15, 2020. But to date, Plaintiff has not filed an Amended Complaint, and has not requested an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## II. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. § 1915A(b), and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's May 14, 2020 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: September 14, 2020

Hon. Anthony J. Battaglia
United States District Judge